# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mahoney, Kelly K.E. | 2. Court or Organization<br><br>Northern District of Iowa | 3. Date of Report<br><br>05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>magistrate judge, full-time | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>320 Sixth Street, Suite 104<br>Sioux City, IA 51101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family trust holding primary residence (see explanation in Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Kelly K.E. | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Jordan & Mahoney Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Civil Jury Project, NYU School of Law | 10/18/2018 to 10/19/2018 | New York, New York | Civil jury trials CLE | Transportation and lodging |
| 2. | Iowa State Bar Association | 12/13/2018 to 12/14/2018 | Des Moines, Iowa | Federal Practice Seminar (panel speaker) | Transportation and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mahoney, Kelly K.E.** | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WCF Bank | Timeshare | J |
| 2. | NAVIENT | Student loan | K |
| 3. | NAVIENT | Student loan | K |
| 4. | WCF Bank | Rental property #1, Boone County, Iowa (Part VII, line 4) | L |
| 5. | WCF Bank | Rental property #2, Boone County, Iowa (Part VII, line 5) | K |
| 6. | Marriott | Timeshare | K |
| 7. | Farm Credit | Rental property # 3, Harper County, Kansas (Part VII, line 6) | M |
| 8. | J&M Ranch, Inc. | Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Kelly K.E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vision Bank cash accounts | A | Interest | K | T | | | | | |
| 2. WCF Bank cash account | A | Interest | J | T | | | | | |
| 3. Visionbanc Shares | B | Dividend | K | U | | | | | |
| 4. Rental property #1, Boone County, Iowa | C | Rent | M | R | | | | | |
| 5. Rental property #2, Boone, Iowa | C | Rent | K | R | | | | | |
| 6. Rental property #3, Harper County, Kansas | | None | M | R | Buy | 07/26/18 | M | | |
| 7. College America 529 - American Funds Global Growth Portfolio Class A | B | Dividend | K | T | | | | | |
| 8. 401(k) #1: | | | | | | | | | |
| 9. ABA Retirement Funds Large-Cap Index Equity Fund | C | Dividend | K | T | | | | | |
| 10. ABA Retirement Funds Small-Mid-Cap Index Equity Fund (see Part VIII) | B | Dividend | K | T | | | | | |
| 11. ABA Retirement Funds International Index Equity Fund | C | Dividend | K | T | | | | | |
| 12. IRA #1: | | | | | | | | | |
| 13. American Funds Global Growth Portfolio Class A #1 | D | Dividend | M | T | Buy | 12/31/18 | J | | |
| 14. Roth IRA #1: | | | | | | | | | |
| 15. American Funds Global Growth Portfolio Class A #2 | C | Dividend | L | T | Buy | 12/31/18 | J | | |
| 16. Roth IRA #2: | | | | | | | | | |
| 17. American Funds Global Growth Portfolio Class A #3 | B | Dividend | K | T | Buy | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions: The only asset of the trust for which I serve as trustee is not a reportable asset (primary residence).

Part VII. Investments:
Cost value method:
Rental Property #1 (line 4): $65,000 on 05/13/11 (Parcel #1) and $50,000 on 05/27/15 (Parcel #2) (parcels since combined and collectively referred to as Rental Property #1)
Rental Property #2 (line 5): $17,875 on 02/28/14
Rental Property #3 (line 6): $208,000 on 07/26/18

ABA Retirement Funds Small-Mid Cap Equity Index (line 10): ABA Retirement Funds Small-Cap Index Equity Fund and Mid-Cap Index Equity Fund (previously reported as two separate funds) were combined into Small-Mid-Cap Index Equity Fund by ABA Retirement Funds on 09/04/18. No funds were sold or bought, the funds were merged by ABA Retirement Funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Kelly K.E. | 05/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kelly K.E. Mahoney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544